## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CECILIA ORTIZ
ROSA MARTINEZ
PETE CRESPO, and
HECTOR SIERRA,       :    CIVIL ACTION
           :
     Plaintiffs,     :    NO. 09-06062
           :
    v.         :
           :
DELAWARE RIVER PORT AUTHORITY,   :
ANTHONY LUKOSIUS      :
JOHN DAMICO        :
KRISTA STELLA       :
JANE DOE         :
CITY OF PHILADELPHIA     :
SERGEANT SPRIGGS      :
NORTH BAR AND LOUNGE    :
BADCO RLS, LLC       :
LISA KENNARD, and      :
RICHARD DONATO      :
           :
           :
     Defendants.    :

## ORDER

  **AND NOW**, this 22nd day of April, 2010, upon consideration of Plaintiffs' Motion to

Remand (Docket No. 2) and supporting Briefs (Docket Nos. 26, 31), as well as Defendant

Delaware River Port Authority's Responses in Opposition (Docket Nos. 21, 32), it is hereby

**ORDERED** that Plaintiffs' Motion is **DENIED**.[1]

---

[1] This Order, in part, is based upon the Court's determination that Plaintiffs' attempted service of
Defendant Richard Donato was ineffective, and thus, Donato has yet to have been served in this
case. Federal Rule of Civil Procedure 4(m) provides, in relevant part, that "[i]f a defendant is not
served within 120 days after the complaint is filed, the court – on motion or on its own after
notice to the plaintiff – must dismiss the action without prejudice against that defendant or order
that service be made within a specified time." FED. R. CIV. P. 4(m).

It is so **ORDERED**.

BY THE COURT:

_s/Ronald L. Buckwalter_____

RONALD L. BUCKWALTER, S.J.

---

Accordingly, this Order serves as notice to Plaintiffs that failure to properly serve Defendant Richard Donato within thirty days from the date of this Order will result in dismissal of the Complaint against him without prejudice.