IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CECILIA ORTIZ, | : | |
| ROSA MARTINEZ, | : | |
| PETE CRESPO, and | : | |
| HECTOR SIERRA, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 09-6062 |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER PORT AUTHORITY, | : | |
| ANTHONY LUKOSIUS, | : | |
| JOHN DAMICO, | : | |
| KRISTA STELLA, | : | |
| JANE DOE, | : | |
| CITY OF PHILADELPHIA, | : | |
| SERGEANT SPRIGGS, | : | |
| NORTH BAR AND LOUNGE, | : | |
| BADCO RLS, LLC, | : | |
| LISA KENNARD, and | : | |
| RICHARD DONATO, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of May, 2010, upon consideration of Plaintiffs' Motion to Dismiss Defendant D'Amico's Counterclaim for Defamation (Docket No. 5), Defendant D'Amico's Response in Opposition (Docket No. 16), and Plaintiffs' Reply Brief (Docket No. 19), it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.