IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CECILIA ORTIZ, ROSA MARTINEZ, PETE CRESPO, and HECTOR SIERRA : <br><br> Plaintiffs, : <br><br> v. : <br><br> DELAWARE RIVER PORT AUTHORITY, : OFFICER ANTHONY LUKOSIUS, OFFICER : JOHN D'AMICO, Individually and as police : officers for the Delaware River Port Authority, : KRISTA STELLA, SHARON GAHAGAN, CITY : OF PHILADELPHIA, SGT. SPRIGGS, : Individually and as a Philadelphia police officer, : NORTH BAR AND LOUNGE, BADCO RLS, : LLC, LISA KENNARD, and RICHARD DONATO : <br><br> Defendants. : | CIVIL ACTION <br><br><br> NO. 09-6062 <br><br>  |

### ORDER

**AND NOW**, this 9th day of November, 2010, upon consideration of Defendant Lisa Kennard's Motion to Dismiss Plaintiffs' Claims Alleging Federal Rights Violations (Docket No. 70), Plaintiffs' Answer (Docket No. 73), Defendant Kennard's Reply (Docket No. 86), and Plaintiffs' Sur-Reply (Docket No. 87), it is hereby ordered that Defendant's Motion to Dismiss is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.